AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

UNITED STATES OF AMERICA

v.

1. Leonel ~~SOLORIO~~ Solorino (SL), YOB: 1979 MXC
2. Julio SANDOVAL-De La Rosa, YOB: 1980 MXC

United States District Court
Southern District of Texas
FILED

OCT 30 2014

, Clerk of Court

**CRIMINAL COMPLAINT**

CASE NUMBER: M-14-2103-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __10/30/2014__ in __Starr__ county, in the __Southern__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally possess with Intent to Distribute 180.5 kilograms or more of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally Conspire to possess with Intent to Distribute 180.5 kilograms or more of Marijuana, a Schedule I Controlled Substance

in violation of Title __21__ United States Code, Section(s) __846, 841 (a) (1)__

I further state that I am a(n) __DEA Task Force Officer__ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof:   X Yes   No

Approved

Signature of Complainant
Carlos Mireles, DEA Task Force Officer

Sworn to before me and subscribed in my presence,

October 30, 2014                                   At   McAllen, Texas
Date                                                    City and State

Dorina Ramos, U.S. Magistrate Judge                     Donna Ramos
Name & Title of Judicial Officer                        Signature of Judicial Officer

## ATTACHMENT "A"

On October 30, 2014, RGV BORTAC Operators, DEA FAST, and SOG BORTAC working in support of Operation Fusion were working in the area of Santa Margarita, Texas. At approximately 0100 hours, Omaha 23 provided information regarding possible narcotics activity in an area known as Los Ratones, which is recognized as an area notorious for drug and alien smuggling.

Omaha 23 stated several subject were seen wading across the Rio Grande River with what appeared to be bundles containing narcotics. USBP Agent Ricardo Montemayor then requested assistance from Aerostat 5 (ALPHA 5) and advised them of the traffic. Omaha 23 and Alpha 5 continued to maintain constant visual of the subjects and later advised that seven subjects were carrying what appeared to be bundles and continued walking northbound.

The subjects were observed carrying the bundles through the brush and staged the narcotics in a brushy area several hundred yards south of Old 83. Alpha 5 then advised that the subjects appeared to be walking back southbound but did not seem like they were in a hurry to return to Mexico. Agent Cruz Esquivel along with Patrol Canine Basco-D (091311) and additional agents were deployed on foot to the area. Alpha 5 provided directions to the agents on foot to the location of the subjects. When the agents were in the vicinity, Canine Basco alerted to the presence of human odor in the area. Canine Basco led Agents to a location where two subjects were located in the prone position attempting to conceal them self.

Patrol Canine Basco successfully detained the two subjects and were identified as Leonel SOLORINO and Julio SANDOVAL-De La Rosa. Both SOLORINO and SANDOVAL both had strap marks on their shoulders, consistent with that of drug mules carrying heavy narcotic bundles. Agents were able to recover 6 bundles wrapped in brown tape in the area which was later determined to have an approximate weigh of 180.5 kilograms.

On this same date, Task Force Officer's (TFO) Gilberto Moises Vazaldua and Hector Mendez, with Drug Enforcement Administration, were notified about the seizure. TFO Vazaldua and Mendez went to the Rio Grande City Border Patrol Station and made contact with SOLORINO and SANDOVAL. Both defendants were read their Miranda Warnings in Spanish by TFO Mendez. SOLORINO and SANDOVAL both waived their rights and cooperated with the Agents. Both defendants claimed knowledge of the marijuana. SOLORINO and SANDOVAL claimed they both carried a bundle of marijuana. Both defendants claimed they carried a bundle of marijuana into the United States as payment to be allowed to cross into the United States.